**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven Donald KNEZEK, Defendant–Appellant.**

No. 05–41453
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 4, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Robert A. Berg, Law Office of Robert A. Berg, Corpus Christi, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Represented by counsel, Steven Donald Knezek appeals the 21–months term of supervised release imposed by the district court when it revoked his second term of supervised release, contending it is excessive by one month. Knezek fails, however, to provide any legal authority for his assertion (other than citing to a Guidelines handbook), cite the applicable standard of review, or provide adequate supporting citations to the record. Accordingly, Knezek has inadequately briefed his claim and, therefore, has effectively abandoned it. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993); Fed. R.App. P. 28(a)(9).

**AFFIRMED.**

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.